**No.**

## IN THE

## United States Court of Appeals for the First Circuit

### John Joseph Moakley U.S. Courthouse

### 1 Courthouse Way

### Boston, MA 02210

In Re

[Naseef F Bryan] (PETITIONER)

Date: 5/14/2025

## ON PETITION FOR WRIT OF MANDAMUS TO DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

## 28 U.S. Code § 1651 (a).

## PETITION FOR WRIT OF MANDAMUS

### DOMICIL

Naseef F Bryan

17, Rimmon St Apt 4.

Manchester, NH, 03102.

603-323-4047

# I.    Questions Presented

**1.  Whether Public Officer(s) are negligent with duty of Office.[1]**

**2.  Whether Public Officer(s) can deny an Inhabitant Constitutional Rights.[2]**

**3.  Whether violation of Oath of Office by Public Officer(s) is malfeasance.[3]**

**4.  Whether violation of Federal Rules Of Civil Procedure is Neglect of Office.[4]**

**5.  Whether deprivation of property without due process is unconstitutional.[5]**

---

[1] Neglect of duty, as used in Fla. Const. art. IV, § 15, has reference to the neglect or failure on the part of a public officer to do and perform some duty or duties laid on him as such by virtue of his office or which is required of him by law. It is not material whether the neglect be willful, through malice, ignorance or oversight, when such neglect is grave and the frequency of it is such as to endanger or threaten the public welfare, it is gross. (State ex rel. Hardie v. Coleman, 115 Fla. 119, 122, 155 So. 129, 131 (1934); Adams v. Walker, 492 F.2d 1003; Colaizzi v. Walker, 542 F.2d 969; (The officers of the law know the requirements of the law and if they mistake them any one is harmed they must respond in damages)Rogers v. Marshal_ 68 U.S. 644.

[2] 12 Am. Jur. Constitutional law, §567—The Fourteenth Amendment declares that no State shall "deprive any person of life, liberty, or property without due process of law." Also See, (Cent. Land Co. v. Laidley, 159 U.S. 103, 109, 16 S. Ct. 80, 81 (1895).

[3] 12 Am. Jur. Courts, §11—it is the right of every state to establish such courts as it sees fit and to prescribe their several jurisdictions as to territorial extent, subject matter, and amount, and finality and effect of their decisions, provided it does not encroach upon the proper jurisdiction of the United States, does not abridge the privileges and immunities of citizens of United States, and does not deprive any person of his rights without due process of law or deny to any person the equal protection of the laws, including the equal right to resort to the appropriate courts for redress. Also See; Missouri v. Lewis, 101 U.S. 22, 29 (1879); Missouri v. Lewis, 101 U.S. 22, 29 (1879); U.S. Const. Article VI—The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution.

[4] 37 Am. Jur. Motion, Rules, And Orders,§21—The term "rule absolute" is applicable to any rule of court, without conditions, commanding something to be done. Also See—Ballentine's Law Dictionary, p. 1157; 28 U.S. Code § 636; FEDERAL RULES OF CIVIL PROCEDURE Rule 4 (3) By a Marshal or Someone Specially Appointed; FRCP Rule 53. Masters(f).

[5] 12 Am. Jur. Constitutional law, §649; Buchanan v. Warley, 245 U.S. 60, 69, 38 S. Ct. 16, 16 (1917); (quoting Words and Phrases, Second Series, Vested Right). Crump v. Guyer, 1916 OK 254, ¶ 1, 60 Okla. 222, 222, 157 P. 321, 321; Magnolia Petroleum Co. v. Carter Oil Co., 218 F.2d 1.

## II.    TABLE OF CONTENTS

I.      Question Presented
II.     Table of contents
III.    Issues presented
IV.     Jurisdiction
V.      Acts Committed By officers
VI.     Rights Guaranty to Citizens and Inhabitants of the united States
VII.    Name and office of persons against whom relief is sought
VIII.   Particularity why relief sought is not available in any other court
IX.     Reasons why the Writ should be Issued
X.      ~~Relief Sought~~ Conculsion
XI.     Relief Sought

| III. | Issues presented |
|------|------------------|

### Violation of duty

[6]Andrea K Johnstone, Talesh L. Saint-Marc, Daniel J. Lynch, have violated law,[7] rules of law,[8] and Procedure repeatedly.[9] Where petitioner had commence causes for redress of wrongs and deprivation of rights, discrimination are evident in fact expressed by actions of the magistrate(s) when their decision(s) was to deny forum to petitioner because of so called "lack of Jurisdiction or Subject Matter Jurisdiction," & "Insufficient Service."[10] Where such Jurisdiction,[11] is evidently clear since petitioner is an inhabitant of the United States and State of New Hampshire.[12] Principal sources of rules of procedure are—Constitutional rules,

---

[6] 42 U.S. Code § 1983; 42 U.S. Code § 2000a—(a)Equal access to Public Services; https://x.com/i/broadcasts/1vOxwXmeaQLKB ; https://drive.google.com/file/d/1BRs4uhCgBf_Pn0eTMHRsnK1WkHKYvX9c/view?usp=drive_link ; https://www.pacermonitor.com/public/case/56007173/Bryan_v_Masker_et_al ; (Circumstantial Evidence) Thiede v. Utah Territory, 159 U.S. 510; 20 Am. Jur. Evidence, §710—if testimony given at a former trial is reduced to writing, such writing is the primary evidence thereof and should be used—Kean v. Commonwealth, 73 Ky. 190, 191 (1873); Adams v. Commonwealth, 2 Ky. L. Rptr. 388 (1881); https://x.com/naseef_bryan2/status/1898059128330699158 ; 20 Am. Jur. Evidence, §272; Continental Nat'l Bank v. Cole, 51 Idaho 140; Davis v. West, 114 So. 2d 703;Commonwealth v. Di Stasio, 297 Mass. 347, 349, 8 N.E.2d 923, 925 (1937); Gilday v. Callahan, 866 F. Supp. 611; Thiede v. Utah Territory, 159 U.S. 510.

[7] 28 U.S. Code § 636; 42 U.S. Code § 2000a–1; 42 U.S. Code § 2000a (a)Equal access; 28a U.S. Code Court Rule 79(a)Civil Docket; FRCP Rule 4(b) ISSUANCE; 18 U.S. Code § 2076; (Statute Are Mandatory) Norton v. Board of Comm'rs, 129 U.S. 479.

[8] 12 Am. Jur. Constitutional law, §573,§613—The essential elements of due process of law are notice and an opportunity to be heard and to defend in an orderly proceeding adapted to nature of the case before a tribunal having jurisdiction of the cause. Due process of law requires a hearing before a court or other tribunal having jurisdiction of the cause either in equity or at common law. (Mont. Co. v. St. Louis Mining & Milling Co., 152 U.S. 160, 165, 14 S. Ct. 506, 507 (1894).

[9] (Injury in Fact) Spokeo_ Inc. v. Robins_ 578 U.S. 330

[10] See Footnote 30 & 44.

[11] Ex parte Siebold, 100 U.S. 371; Justices v. Murray, 76 U.S. 274; Tafflin v. Levitt, 493 U.S. 455; Beijing Neu Cloud Oriental Sys. Tech. Co. v. IBM, 110 F.4th 106; (Constitutional Sources) Ex parte Bollman, 8 U.S. (4 Cranch) 75, 93 (1807).

[12] Federal Judiciary Act (1789)—And be it further enacted, That the district courts shall have, exclusively of the courts of the several States, cognizance of all crimes and offences that shall be cognizable under the authority of the United States, committed within their respective districts, or upon the high seas; saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it .

And no civil suit shall be brought before either of said courts against an inhabitant of the United States, by any original process in any other district than that whereof he is an inhabitant, or in which he shall be

Statutory rules or charter provisions, Adopted rules, Judicial decisions, Adopted parliamentary authority, Parliamentary law, and Customs and usage. These rules and sources takes precedence in the order listed above except that judicial decisions, since they are interpretations of rules from one of the other sources, take the same precedence as source interpreted. For example, an interpretation of a constitutional provision takes precedence over a statute.[13]

Amiss committed within the case Bryan v. Masker et al by Magistrate Judge:

1. Allowance to defendant(s) evasion of court's jurisdiction from actual knowledge of the action pending before the court.[14]

2. Where the court has not exhaust the duty of finding facts and conclusion of law from petitioners' pleading (Doc.4)[15] is a violation of petitioners right to be heard.[16]

3. The courts' Report and Recommendation (Doc.6)[17] which a judgment was then entered according to such report, evidently arbitrary and capricious

---

found at the time of serving the writ. And be it further enacted, That the mode of proof by oral testimony and examination of witnesses in open court shall be the same in all the courts of the United States, as well in the trial of causes in equity and of admiralty and maritime jurisdiction, as of actions at common law. Also See petitioner domicile within this cause and evidence attached.

[13] Mason's Manual of Legislative Procedure 1953 Edition §3 P. 32-33.

[14] 30A Am. Jur. Judgments, §700—the opening or vacation of a judgment on the ground of the absence of personal service of process has been held under some statutes not to be obtainable where the defendant deliberately and intentionally prevented personal service. See; FEDERAL RULES OF CIVIL PROCEDURE Rule 4 (3) By a Marshal or Someone Specially Appointed; https://www.pacermonitor.com/public/case/56007173/Bryan_v_Masker_et_al MOTION to Proceed Without Prepayment of Fees or Costs filed by Naseef Bryan, Jr.(ed); New Hampshire (1902) Art. 1, §14; U.S. Const. Amend I (Petition Clause); Rowland v. California Men's Colony, 506 U.S. 194; (Mandatory Provisions) Crawford v. Gilchrist, 64 Fla. 41; (Constitutional mandates) Fairbank v. United States, 181 U.S. 283.

[15] https://www.pacermonitor.com/public/case/56007173/Bryan_v_Masker_et_al

[16] Fed Rules Civ Proc R 53—(b) Order Appointing a Master.(1) (where the court were proceeding according to this rule and rule 72 pretrial matters).

[17] https://www.pacermonitor.com/public/case/56007173/Bryan_v_Masker_et_al

decision since the court and its officers had not weigh the law according to the facts presented.[18]

4. Hearing is mandated when party objects to report and fact that party's objections are comprehensively briefed does not excuse departure from language of rule.[19]

5. The District Court has power to modify master's report upon motion for action upon report and failure of party to timely serve objections does not limit such power.[20]

6. When a person's liberty is in peril it is necessary that trial by jury be preserved, as stated within the federalist No. 83—The friends and adversaries of the plan of the convention, if they agree in nothing else, concur at least in the value they set upon The trial by jury; or if there is any difference between them it consists in this: the former regard it as a valuable safeguard to liberty; the latter represent it as the very palladium of free government.[21]

7. Where the Court and its officers asserted that they lack subject matter jurisdiction is false Statements and abuse of authority by the district judge and magistrate of the court.[22]

---

[18] where master made findings of fact and law, final order is deficient where it fails to indicate that court considered issues of law as well as those of fact. (Duryea v. Third Northwestern Nat'l Bank, 602 F.2d 809); FEDERAL RULES OF CIVIL PROCEDURE Rule 54. Judgment; Costs(a).

[19] Kieffer v. Sears, Roebuck & Co., 873 F.2d 954.

[20] Mitchell v. All-States Business Products Corp., 250 F. Supp. 403.

[21] (American) Lumbermens Mut. Cas. Co. v. Timms & Howard, Inc., 108 F.2d 497, 499 (2d Cir. 1939); Fischer Imaging Corp. v. GE, 187 F.3d 1165, 1167 (10th Cir. 1999); 49 Am. Jur. Proof of Facts 3d 339 Damages for Loss of Enjoyment of Life; U.S. Const. Amendment VII—in suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved.

[22] 18 U.S. Code § 3231.

8. Where magistrate had not consider references can be made, with or without the consent of the parties, pursuant to Rule 53 or under 28 U.S.C. § 636(b)(1)(A) and (b)(1)(B).[23]

9. Immunity from prosecution in a suit is as valuable to the one party as the right to the demand or to prosecute the suit is to the other.[24]

10. FRCP Rule 54. Judgment, as used in these rules, includes a decree and any order from which an appeal lies. A judgment should not include recitals of pleadings, a master's report, or a record of prior proceedings. As a general rule, the face of a judgment is the test of its finality.[25]

11. Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.[26]

12. The guaranty of due process protects property rights. As it is commonly stated, an owner of property cannot be deprived thereof without due process.[27]

---

[23] La BUY v. HOWES, 352 U.S. 249, 250, 77 S. Ct. 309, 310 (1957).

[24] Department of Pub. Aid ex rel. Evans v. Lively, 246 Ill. App. 3d 216; Campbell v. Holt, 115 U.S. 620; Department of Pub. Aid ex rel. Evans v. Lively, 246 Ill. App. 3d 216; Markley v. Kavanagh, 140 Ill. App. 3d 737 (Statute of limitation is tolled when vested legal rights are involved); Amendment II—The right of the people to keep and bear arms, shall not be infringed; Amendment XIV—No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law.

[25] Louisiana Navigation Co. v. Oyster Com. of Louisiana, 226 U.S. 99; Arnold v. United States, 263 U.S. 427; Cassatt v. Mitchell Coal & Coke Co., 150 F. 32; Gulf Refining Co. v. United States, 269 U.S. 125; Luxton v. North River Bridge Co., 147 U.S. 337; West v. Bagby, 12 Tex. 34; Knox v. Long, 228 S.W.2d 367, 367 (Tex. Civ. App. 1950); Soderstrom v. Kungsholm Baking Co., 184 F.2d 756; Calderon v. Ashmus, 523 U.S. 740.

[26] 28 U.S. Code § 455 - Disqualification of justice, judge, or magistrate judge; https://www.pacermonitor.com/public/case/56007173/Bryan_v_Masker_et_al

[27] Buchanan v. Warley, 245 U.S. 60; Ochoa v. Hernandez y Morales, 230 U.S. 139; https://www.pacermonitor.com/public/case/56007173/Bryan_v_Masker_et_al OBJECTION to3 Report and Recommendation filed by Naseef Bryan, Jr.(vln).

13. Officer(s) of the Court in question have aid in the loss of enjoyment of life when petitioner request for due process have been denied on multiple attempts to secure such.[28]

---

[28] Boan v. Blackwell, 343 S.C. 498; Halstead v. United States, 2022 U.S. Dist. LEXIS 91593; 49 Am. Jur. Proof of Facts 3d 339 Damages for Loss of Enjoyment of Life.

Amiss committed within the case Bryan v. Simenson[29] And Bryan v. State Department of Education et al:

Within the cases above magistrate judge have committed arbitrary acts which have evinced deprivation of rights,[30] privileges, and acts of discrimination.[31] Such acts, for example denying petitioner the privilege to schooling or right to pursue ordinary calling,[32] which are guaranteed by law,[33] and the Constitution.[34] The intentional dilatory methods used are malicious intent of service of summons,[35] presumption of not being issued to the Marshall or other appointed officers of the Court.[36] Aiding defendants with evading Justice or the Jurisdiction of the Court.[37]

---

[29] https://drive.google.com/file/d/1vr8DMwslE_hBNHSjDvV9G948ObXRYiA9/view?usp=sharing evidence of the fact that the federal government has knowledge of the situation and have not assisted with the matter at hand.

[30] https://www.pacermonitor.com/public/case/55869908/Bryan_v_NH_Department_of_Education_et_al ; https://www.pacermonitor.com/public/case/56442206/Bryan_v_Simenson ; Rowland v. California Men's Colony, 506 U.S. 194. (Court docket text exhibits denial of due process, violation of Federal Rules Of Procedure, intentional prejudice towards petitioner and Causes in question) OBJECTION to Report and Recommendation—Bryan v. NH Department of Education et al; FRCP Rule 53. Masters(f);FRCP Rule 4(2)-(3) officers of the court were proceeding according to the rule stated and not rule 72; By a Marshal or Someone Specially Appointed; FRCP Rule 4 (l) PROVING SERVICE.

[31] 42 U.S. Code § 2000c–8; 42 U.S. Code § 2000b–2; 42 U.S. Code § 2000a–2; 42 U.S. Code § 2000a; (Statute Are Mandatory) Norton v. Board of Comm'rs, 129 U.S. 479.

[32] Nw. Nat'l Life Ins. Co. v. Riggs, 203 U.S. 243, 247, 27 S. Ct. 126, 126 (1906); N.Y. Life Ins. Co. v. Dodge, 246 U.S. 357, 365, 38 S. Ct. 337, 337 (1918); Western Turf Ass'n v. Greenberg, 204 U.S. 359; Truax v. Corrigan, 257 U.S. 312.

[33] 20 U.S. Code Chapter 39 Subchapter I - EQUAL EDUCATIONAL OPPORTUNITIES ; https://drive.google.com/file/d/1vr8DMwslE_hBNHSjDvV9G948ObXRYiA9/view?usp=sharing see page 3 distinctly; https://drive.google.com/file/d/1hs5vejwiUMTYUJdGZTG2KWjAwhdDE_8o/view?usp=sharing ; (Statute Are Mandatory) Norton v. Board of Comm'rs, 129 U.S. 479.

[34] U.S. Const. Amend. XIV (Equal Protection Clause).

[35] FEDERAL RULES OF CIVIL PROCEDURE Rule 4 (3) By a Marshal or Someone Specially Appointed; 42 U.S. Code § 1990; (Statute Are Mandatory) Norton v. Board of Comm'rs, 129 U.S. 479.

[36] https://www.pacermonitor.com/public/case/55869908/Bryan_v_NH_Department_of_Education_et_al ; https://www.pacermonitor.com/public/case/56442206/Bryan_v_Simenson ; 42 U.S. Code § 1990.

[37] https://www.pacermonitor.com/public/case/56442206/Bryan_v_Simenson ENDORSED ORDER re: 3 Affidavit. Text of Order: Self-represented plaintiff, Naseef Bryan, Jr., filed an "Affidavit for Default" (Doc. No. 3), in which he appears to move for entry of default against the defendant in this matter, Kathleen

Using this method to accused petitioner of being "incarcerated" instead of evincing "indigence" or administer Justice according to law since justice shall be administered to all without delay or denial, sale, or prejudice.[38]

---

Simenson. Bryan asserts that Simenson "failed to plea and defend" this litigation. However, this matter is pending preliminary review pursuant to 28 U.S.C. § 1915(e)(2) and LR 4.3(d)(2), Simenson has not been served. Accordingly, Bryan's "Affidavit for Default" is denied without prejudice as premature. So Ordered by US Magistrate Judge Talesha L. Saint-Marc.(lw); Also See Footnote 30.

[38]In the law, indigence is ordinarily measured by whether a person has sufficient financial resources to retain legal counsel. (The Wolters Kluwer Bouvier Law Dictionary Desk Edition); Mason's Manual of Legislative Procedure 1953 Edition §3 P. 32-33; New Hampshire (1902) Art. 1, §4; U.S. Const. Amend. I (petition clause); (Mandatory Provisions) Crawford v. Gilchrist, 64 Fla. 41; (Mandatory RULE) Ballou v. Kemp_ 92 F.2d 556; 28 USC 1915.

In Bryan v. U.S. Citizenship and Immigration Services et al[39]

After years of pursuing declaration or affirmation of citizenship according to law, the State and its officers continuously provide injustice towards petitioner instead of constitutional due process guaranty.[40] Instead of upholding the constitutional command of a uniform rule of naturalization,[41] the court and its officers continuously evince bias, and prejudice towards petitioner and cases or causes commenced within the NH district court. All causes mentioned have evinced lack of administration of justice and the right to be heard before condemnation.

---

[39]https://www.pacermonitor.com/public/case/55251133/Bryan_v_US_Citizenship_and_Immigration_Servic es  See all evidence and authority cited within the cause.

[40]The governing standard regarding incorporation of rights under the Fourteenth Amendment Due Process Clause is not whether any civilized system can be imagined that would not accord the particular protection. Instead, the United States Supreme Court inquires whether a particular Bill of Rights guarantee is fundamental to the United States' scheme of ordered liberty and system of justice. McDonald v. City of Chi., 561 U.S. 742, 742, 130 S. Ct. 3020, 3021 (2010).

[41] An Act supplementary to the acts heretofore passed on the subject of an uniform rule of naturalization; An Act to establish an uniform rule of Naturalization; and to repeal the act heretofore passed on that subject.

Amiss committed within the case Bryan v. Foley et al[42]

Magistrate judge failed to follow rules of procedure,[43] stricken contrary sovereignty immunity by State officers,[44] afford legal remedy from law,[45] preserve the right to jury trial from law,[46] consider Bills of Pains and Penalties or Bills of Attainder,[47] Ex Post Facto law,[48] deprivation of rights,[49] and imprisonment for debt.[50]

---

[42] https://www.pacermonitor.com/public/case/55880308/Bryan_v_Foley_et_al

[43] Mason's Manual of Legislative Procedure 1953 Edition §3 P. 32-33.

[44] Federal Judiciary Act 1789—And no civil suit shall be brought before either of said courts against an inhabitant of the United States, by any original process in any other district than that whereof he is an inhabitant, or in which he shall be found at the time of serving the writ. And be it further enacted, That the mode of proof by oral testimony and examination of witnesses in open court shall be the same in all the courts of the United States, as well in the trial of causes in equity and of admiralty and maritime jurisdiction, as of actions at common law. Also See petitioner domicile within this cause and evidence attached.

[45] New Hampshire (1902) Art. 1, §14; U.S. Const. Amend I (Petition Clause); Rowland v. California Men's Colony, 506 U.S. 194; (Mandatory Provisions) Crawford v. Gilchrist, 64 Fla. 41; (Constitutional mandates) Fairbank v. United States, 181 U.S. 283; 70 A.L.R. 711 (Duress, sec. 6)

[46] U.S. Const, Amend VII; U.S. Const. Amend VI; (RIGHT TO JURY DISTINGUISHED) NLRB v. Jones & Laughlin Steel Corp., 301 U.S. 1; (Right To Jury) Ex parte Simons, 247 U.S. 231.

[47] 11 Am. Jur. Constitutional law, §347—The Federal Constitution contains a prohibition against the enactment of bills of attainder by Congress and also by the states. Also See: Cummings v. Missouri, 71 U.S. (4 Wall.) 277, 316 (1867); United States v. Lovett, 328 U.S. 303, 304, 66 S. Ct. 1073, 1073 (1946).

[48] 11 Am. Jur. Constitutional law, §348—It is said that a law, to be ex post facto, must be one that deprives the person accused of crime of a substantial right in which he was protected and granted immunity by the law in force at the time of the commission of the offense. Also See: Calder v. Bull, 3 U.S. (3 Dall.) 386, 386 (1798);Peugh v. United States, 569 U.S. 530, 530, 133 S. Ct. 2072, 2075 (2013).

[49] U.S. Const. Amendment XIV.

[50] 34 L.R.A. 634 et seq; State v. Yardley, 95 Tenn. 546, 549, 32 S.W. 481, 481 (1895); Great Northern R. Co. v. United States, 155 F. 945, 946, 1907 U.S. App. LEXIS 4683, *1 (8th Cir. Minn. September 23, 1907).

Amiss committed within the case Bryan v. Cathedral Place LLC et al.[51]

The injury in this cause by Public officers is the right to a prompt, and complete justice,was consciously disregarded.[52]

---

[51] https://www.pacermonitor.com/public/case/55793266/Bryan_v_Cathedral_Place_LLC_et_al see evidence and authority cited within the cause. Also see (Injury in Fact) Spokeo_ Inc. v. Robins_ 578 U.S. 330; (Personal Injuries) Chiles v. Drake_ 59 Ky. 146.

[52] New Hampshire (1902) Art. 1, §14; U.S. Const. Amend I (Petition Clause); Rowland v. California Men's Colony, 506 U.S. 194; (Mandatory Provisions) Crawford v. Gilchrist, 64 Fla. 41; (Constitutional mandates) Fairbank v. United States, 181 U.S. 283.

| IV.   *Jurisdiction* |
| --- |

[53]Article VI, Clause 2—this Constitution and the Laws of the United States which shall be made in pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

[54]Preamble to the Bill of Rights—The Conventions of a number of the States, having at the time of their adopting the Constitution, expressed a desire, in order to prevent misconstruction or abuse of its powers, that further declaratory and restrictive clauses should be added: And as extending the ground of public confidence in the Government, will best ensure the beneficent ends of its institution.

[55] Federal Judiciary Act 1789— And be it further enacted, That the laws of the several states, except where the constitution, treaties or statutes of the United States shall otherwise require or provide, shall be regarded as rules of decision in trials at common law in the courts of the United States in cases where they apply. And no civil suit shall be brought before either of said courts against an inhabitant of the United States, by any original process in any other district than that whereof he is an inhabitant, or in which he shall be found at the time of serving the writ.

42 USCS § 1981—All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.[56]

28 USCS § 1657—Notwithstanding any other provision of law, each court of the United States shall determine the order in which civil actions are heard and determined, except that the court shall expedite the consideration of any action brought under chapter 153 [28 USCS §§ 2241 et seq.] or section 1826 of this

---

[53]  U.S. Const. 1787.

[54] U.S. Const. 1787.

[55] Justices v. Murray, 76 U.S. 274; See Footnote 10.

[56] (Ordinary Meaning Of Words) United States v. Sprague, 282 U.S. 716.

title.[57] 28 USCS § 1826—any action for temporary or preliminary injunctive relief, or any other action if good cause therefor is shown. For purposes of this subsection, "good cause" is shown if a right under the Constitution of the United States or a Federal Statute (including rights under section 552 of title 5) would be maintained in a factual context that indicates that a request for expedited consideration has merit.[58]

---

[57] (Mandatory RULE ON WORDS) Ballou v. Kemp_ 92 F.2d 556.

[58] One of important purposes of adoption of code system of pleadings and of Federal Rules was to enable parties to determine their differences in one action. Parmelee v. Chicago Eye Shield Co., 157 F.2d 582, 1946 U.S. App. LEXIS 3819 (8th Cir. 1946); (Mandatory RULE ON WORDS) Ballou v. Kemp_ 92 F.2d 556.

| V.    *Acts Committed By officers* |
| --- |

[59]Alienate of Guaranteed [60]Rights:


6.  Petition.
7.  Due Process.
8.  Rights Retained by the People.
9.  Privileges and Immunities.

---

[59]  The unanimous Declaration of the thirteen united States of America; The first official action of this nation declared the foundation of government in these words: "We hold these truths to be self-evident, [*160]  that all men are created equal, that they are endowed by their Creator with certain unalienable rights, that among these are life, liberty and the pursuit of happiness." Gulf, C. & S. F. R. Co. v. Ellis, 165 U.S. 150, 159-60, 17 S. Ct. 255, 258 (1897).

[60] U.S. Const. 1787—United States Bill of Rights.

[61]Damages:

1) Malice—in their legal sense, the terms "malice" and "malicious" have been variously defined, respectively, as the intentional commissions of a wrongful act by one person toward another, without legal justification or excuse, or, in other words, the willful violation of a Known right. As the existence of a wrongful or harmful motive,[62] not necessarily any positive malignity or corruption, but a willful disregard of the rights of others.[63] Malice in fact may be established by any acts or declarations which evidence hostility, ill feeling, or hatred.[64] According to some authorities, judges of courts of special or limited powers and officers acting in quasi-judicial and discretionary capacities may be held civilly liable in damages where they act from malicious or corrupt motives.[65] And the same is true of a purely ministerial officer.

---

[61] (Public Entity Liability) Amy v. Supervisors_ 78 U.S. 136; (Cost) United States v. Boutwell, 84 U.S. 604; (Refusal to Perform Ministerial Duty Damages Costs) State ex rel. Shea v. Cocking_ 66 Mont. 169.

[62] https://x.com/naseef_bryan2/status/1898059128330699158 ;The Eighth Amendment protects against excessive civil fines, including forfeitures. (Hudson v. United States, 522 U.S. 93, 95, 118 S. Ct. 488, 491 (1997); United States v. Toth, 2020 U.S. Dist. LEXIS 169173; Horne v. United States Dep't of Agric., 673 F.3d 1071. Also See New Hampshire (1902) Art. 1, §14.

[63] 34 Am. Jur. Malice,§2; Gomes v. Limieux (In re Limieux), 306 B.R. 433, 435 (Bankr. D. Mass. 2004); Griswold v. Horne, 19 Ariz. 56; Washington v. Parish, 2011 U.S. Dist. LEXIS 6474; Violation of Due Process https://www.pacermonitor.com/public/case/56007173/Bryan_v_Masker_et_al OBJECTION to3 Report and Recommendation filed by Naseef Bryan, Jr.(vln); FRCP Rule 53. Masters(f);FRCP Rule 4(2)-(3) By a Marshal or Someone Specially Appointed; FRCP Rule 4 (I) PROVING SERVICE; https://www.pacermonitor.com/public/case/55869908/Bryan_v_NH_Department_of_Education_et_al ; https://www.pacermonitor.com/public/case/56442206/Bryan_v_Simenson ; Rowland v. California Men's Colony, 506 U.S. 194. (Court docket text exhibits denial of due process, violation of Federal Rules Of Procedure, prejudice towards petitioner and Causes in question) OBJECTION to Report and Recommendation—Bryan v. NH Department of Education et al; FRCP Rule 53. Masters(f);FRCP Rule 4(2)-(3) By a Marshal or Someone Specially Appointed; FRCP Rule 4 (I) PROVING SERVICE.

[64] Griswold v. Horne, 19 Ariz. 56; Washington v. Parish, 2011 U.S. Dist. LEXIS 6474; Rowland v. California Men's Colony, 506 U.S. 194; (Motion to Proceed In Forma Pauperis) Gomez v. Markley_ 2011 U.S. Dist. LEXIS 54057; https://www.pacermonitor.com/public/case/56007173/Bryan_v_Masker_et_al ; https://www.pacermonitor.com/public/case/55869908/Bryan_v_NH_Department_of_Education_et_al ; https://www.pacermonitor.com/public/case/56442206/Bryan_v_Simenson ; https://www.pacermonitor.com/public/case/55251133/Bryan_v_US_Citizenship_and_Immigration_Services ; https://www.pacermonitor.com/public/case/55793266/Bryan_v_Cathedral_Place_LLC_et_al ; https://www.pacermonitor.com/public/case/55880308/Bryan_v_Foley_et_al.

[65] 43 Am. Jur. Public Officers, §276—Wilkes v. Dinsman, 48 U.S. 89; Dunbar v. Fant, 170 S.C. 414; Tcherepnin v. Franz, 393 F. Supp. 1197; Swafford v. Templeton, 185 U.S. 487;18 Am. Jur. Elections, §44— Wiley v. Sinkler, 179 U.S. 58; Amendment XV; Particular Acts as Ministerial or Judicial— TOMPKINS v. SANDS, 8 Wend. 462; Church v. United States, 13 App. D.C. 264; Wertheimer v. Howard, 30 Mo. 420; ROGERS v. MULLINER & MOORES, 6 Wend. 597; Ex parte Thompson, 1876 U.S. Dist. LEXIS 75.

2) Discrimination with Public Service And Facility, in this circumstance is the right to be treated like citizens of the United States and State where I reside. Such discrimination are expressed in abuse of authority, violation of law, violation of the United States Constitution and intentional Virulence of Rules of Procedure.[66]

3) Negligence—A public officer as a rule is answerable to private persons who sustain special damage resulting from the negligent performance of the officer's imperative or ministerial duties, unless the wrong done is a violation of a duty which he owes solely to the public. Clerks of courts are personally liable for any act of negligence whereby injury results to the person complaining.[67]

---

[66] See Footnote 7,8,&44; https://x.com/naseef_bryan2/status/1898059128330699158 ;The Eighth Amendment protects against excessive civil fines, including forfeitures. (Hudson v. United States, 522 U.S. 93, 95, 118 S. Ct. 488, 491 (1997); United States v. Toth, 2020 U.S. Dist. LEXIS 169173; Horne v. United States Dep't of Agric., 673 F.3d 1071. Also See New Hampshire (1902) Art. 1, §14; U.S Const. Amend I. (petition clause).

[67] 43 Am. Jur. Public Officers, §279—Gallaway v. Sheppard, 89 S.W.2d 417; Belknap v. Schild, 161 U.S. 10; (Refusal to Perform Ministerial Duty Damages Costs) State ex rel. Shea v. Cocking_ 66 Mont. 169.

## VI.   Rights Guaranty to Citizens and Inhabitants of the United States

a) [68]*Liberty*—The guaranty of due process protects the liberty of the individual,
The cardinal precept upon which the constitutional safeguards of personal
liberty ultimately rest is that a government should be one of law.[69] The
liberty which is within the protection of the guaranty cannot be defined in
any general way. It has been said to be the liberty of natural, not artificial,
persons.[70]

b) Due Process—The essential elements of due process of law are notice and
an opportunity to be heard and defend in an orderly proceeding adapted to
the nature of the case before a tribunal having jurisdiction of the cause.
Judgment without such citation and opportunity lacks all the attributes of a
judicial determination; it is judicial usurpation and oppression and can never
be upheld where justice is fairly administered.[71]

---

[68] 12 Am. Jur. Constitutional law, §648; 11 Am. Jur. Constitutional law,§329—in the consideration of the "liberty" guaranteed by the Fourteenth Amendment, one very important exception to usual doctrines must be kept in mind.  It is equally well settled that the liberty guaranteed under this Amendment against deprivation without due process of law is a liberty of natural, and not artificial persons. Northwestern Nat'l Life Ins. Co. v. Riggs, 203 U.S. 243; California State Auto. Asso. Inter-Insurance Bureau v. Maloney, 341 U.S. 105.

[69] Jones v. SEC, 298 U.S. 1, 9, 56 S. Ct. 654, 655 (1936).

[70] 13 Am. Jur. Corporations, §6—A corporation is for most purpose an entity distinct from its individual members or stockholders who, as natural persons, are merged in the corporate identity, and remains unchanged and unaffected in its identity by changes in its individual membership. The corporation is the real though artificial person substituted for the natural persons who procured its creation and have pecuniary interests in it. (Rowland v. California Men's Colony, 506 U.S. 194).

[71] 12 Am. Jur. Constitutional Law, §573; Notice and hearing are preliminary steps essential to the passing of an enforceable judgment, and they, together with a legally competent tribunal having jurisdiction of the case, constitute basic elements of the constitutional requirement of due process of law. (Powell v. Alabama, 287 U.S. 45, 49, 53 S. Ct. 55, 56 (1932); 11 Am. Jur. Constitutional law,§329—in the consideration of the "liberty" guaranteed by the Fourteenth Amendment, one very important exception to usual doctrines must be kept in mind.  It is equally well settled that the liberty guaranteed under this Amendment against deprivation without due process of law is a liberty of natural, and not artificial persons. Northwestern Nat'l Life Ins. Co. v. Riggs, 203 U.S. 243; Have the plaintiffs lost their franchises by "due course and process of law?" On the contrary, are not these acts "particular acts of the legislature, which have no relation to the community in general, and which are rather sentences than laws?" By the

c) Privileges And Immunities Of Citizenship—Under Article 4, §2, of the Federal Constitution, no privileges are secured to citizens in the several states except those which belong to citizenship.[72] Moreover, it does not make the privileges and immunities enjoyed by the citizens of one state under the Constitution and laws of that state the measure of the privileges and immunities to be enjoyed as of right by citizens of another state under its Constitution and laws. Its effect is to guarantee equality of privilege and to forbid the imposition of disabilities of alienage upon citizens of other states.[73]

d) Property—The guaranty of due process protects property rights. As it is commonly stated, an owner of property cannot be deprived thereof without due process.[74] whether property is taken without due process of law depends upon the nature of each particular case; if it is such an exercise of power as the settled maxims of law permit and sanction and under such safeguards for the protection of individual rights as those maxims prescribe for the classes to which the one in question belongs, it is due process.[75]

---

law of the land is most clearly intended the general law; a law, which hears before it condemns; which proceeds upon inquiry, and renders judgment only after trial. The meaning is, that every citizen shall hold his life, liberty, property, and immunities, under the protection of the general rules which govern society. Trs. of Dartmouth College v. Woodward 17 U.S. 518.

[72] 12 Am. Jur. Constitutional law, §447;Conner v. Elliott, 59 U.S. (18 How.) 591, 591 (1856)

[73] Madden v. Kentucky, 309 U.S. 83, 85, 60 S. Ct. 406, 407 (1940); No State have the authority to confer citizenship without the supreme law of the land, U.S. Const. Art. I §8—To established an uniform Rule of Naturalization—New Hampshire Revised Statutes, Section 655:1 – Citizenship; Definition of Citizen--The native of a city, or an inhabitant who enjoys the freedom and privileges of the city in which he resides; the freeman of a city, as distinguished from a foreigner, or one not entitled to its franchises.(American Dictionary of the English Language,1828); Schollenberger v. Pennsylvania, 171 U.S. 1.

[74] 12 Am. Jur. Constitutional law, §649; Buchanan v. Warley, 245 U.S. 60, 69, 38 S. Ct. 16, 16 (1917)

[75] A "vested right" is the power to do certain actions or possess certain things lawfully, and is substantially a property right, and may be created either by common law, by statute, or by contract. And when it has been once created, and has become absolute, it is protected from the invasion of the Legislature by those provisions in the Constitution which apply to such rights. And a failure to exercise a vested right before the passage of a subsequent statute, which seeks to divest it, in no way affects or lessens that right

| VII. | Name and office of person(s) against whom relief is sought |
|---|---|

Andrea K Johnstone (Magistrate Judge).[76]

Talesh L. Saint-Marc (Magistrate Judge).[77]

Daniel J. Lynch       (Clerk of Court).[78]


| VIII. | Particularity why relief sought is not available in any other court |
|---|---|


The court mentioned within the cause has jurisdiction under the laws of the United States,[79] and is bound to support and uphold the Constitution and Laws of the United States.[80]

---

(quoting Words and Phrases, Second Series, Vested Right). Crump v. Guyer, 1916 OK 254, ¶ 1, 60 Okla. 222, 222, 157 P. 321, 321; Magnolia Petroleum Co. v. Carter Oil Co., 218 F.2d 1.

[76] U.S. District Court for The District of New Hampshire. 55 Pleasant Street, Room 110, Concord, NH 03301.

[77] U.S. District Court for The District of New Hampshire. 55 Pleasant Street, Room 110, Concord, NH 03301.

[78] U.S. District Court for The District of New Hampshire. 55 Pleasant Street, Room 110, Concord, NH 03301.

[79] Federal Judiciary Act 1789—And be it further enacted, That the laws of the several states, except where the constitution, treaties or statutes of the United States shall otherwise require or provide, shall be regarded as rules of decision in trials at common law in the courts of the United States in cases where they apply. And no civil suit shall be brought before either of said courts against an inhabitant of the United States, by any original process in any other district than that whereof he is an inhabitant, or in which he shall be found at the time of serving the writ.

[80] 18 U.S. Code § 3231; Justices v. Murray, 76 U.S. 274; Tafflin v. Levitt, 493 U.S. 455; Cook v. Rockwell Int'l Corp., 790 F.3d 1088.

| IX. | [81]*Reasons why the Writ should be Issued* |
|---|---|

Mandamus will not lie where the person or servant of the government seeks to command another person or servant of the government within the same capacity.[82] Prerogative writs are those issued by the exercise of the extraordinary power of the Jury or the sovereign of the court if the jury is not yet seated on proper cause shown.[83] Public policy requires that all persons shall freely resort to the courts for redress of wrongs, and the law protects them when they act in good faith and upon reasonable grounds in commencing either a civil or criminal prosecution.[84] In this country the power to issue the writ of mandamus is deemed to have vested, in the absence of statutory or constitutional restriction, in the state courts, which are considered as having succeeded to the general jurisdiction of the Court of King's Bench, and thus jurisdiction is considered as being vested in the court of general original jurisdiction.[85] Quite generally at the present time the jurisdiction of the several state courts with respect to the issuance of writs of mandamus is defined and regulated by

---

[81] The very essence of civil liberty certainly consists in the right of every individual to claim the protection of the laws, whenever he receives an injury. One of the first duties of government is to afford that protection. Marbury v. Madison, 5 U.S. (1 Cranch) 137, 153 (1803); State ex rel. Donlan v. Board of Comm'rs, 49 Mont. 517.(1914).

[82] Marbury v. Madison, 5 U.S. (1 Cranch) 137, 153 (1803); M'Clung v. Silliman, 19 U.S. (6 Wheat.) 598, 598 (1821); This objection applies with still more force, when, as in this instance, the party has proceeded by mandamus. The remedy in that form, originally, was not regarded as an action by the party, but as a prerogative writ commanding the execution of an act, where otherwise justice would be obstructed; and issuing only in cases relating to the public and the government; and it was never issued when the party had any other remedy. (Kendall v. Stokes, 44 U.S. (3 How.) 87, 100 (1845).

[83] 34 Am. Jur. Mandamus, §13—This subdivision discusses the inherent, constitutional, and statutory jurisdiction or power of lower, and appellate, courts, and the United States Supreme Court to entertain proceedings in mandamus.

[84] Burt v. Smith, 181 N.Y. 1, 3, 73 N.E. 495, 495 (1905); New Hampshire (1902) Art. 1, §14; 11 Am. Jur. Constitutional Law, §326.

[85] Runkel v. Winemiller, 4 H. & McH. 429, 448 (1799); M'Intire v. Wood, 11 U.S. 504; Love v. Wilcox, 119 Tex. 256; Upham v. Seamon, 456 U.S. 37, 38, 102 S. Ct. 1518, 1519 (1982).

constitutional or Statutory provisions.[86] Mandamus issues to coerce the performance of duties devolved by law upon public officers or others against whom the writ may be invoked.[87] The duties which mandamus will reach are those of a public nature arising from an office, station, or trust and which are ministerial in character.[88] The rule denying mandamus with respect to judicial duties of a discretionary character is not without limitation.[89] If the action of the court or judge in a matter calling for the exercise of discretion is such as to amount to an abuse of discretion and to manifest a disregard of duty, thus being without semblance of legal power, and it appears that there is no remedy by appeal or error, or that such remedy, if existing, is entirely inadequate, and the urgency is such as to justify the interposition of the extraordinary superintending power of the higher court, mandamus will issue to compel the specific action which should have been taken.[90] Where a court erroneously declines to hear a motion properly presented to it in a cause pending before it, alleging its own incompetency, or that of the party to be heard, mandamus will lie to compel it to proceed with the hearing and determination of the motion.[91] Circumstantial evidence plays its most important part in the domain of criminal law, but it is made use of as well in civil cases. Circumstantial evidence is regarded by law as competent

---

[86] 28 U.S. Code § 1651 (a)- (b); Love v. Wilcox, 119 Tex. 256; Upham v. Seamon, 456 U.S. 37, 38, 102 S. Ct. 1518, 1519 (1982); State ex rel. Buckwalter v. Lakeland, 112 Fla. 200; Columbus v. Barringer, 85 F.2d 908, 909 (4th Cir. 1936).

[87] 34 Am. Jur. Mandamus, §54; Ex parte Cutting, 94 U.S. 14, 19 (1876).

[88] 34 Am. Jur. Mandamus, §70;Wilbur v. United States, 281 U.S. 206; Mississippi v. Johnson, 71 U.S. (4 Wall.) 475, 497 (1867); 28 U.S. Code § 636;FRCP Rule 53. Masters.

[89] 35 Am. Jur. Mandamus, §259; Ex parte Bradley, 74 U.S. (7 Wall.) 364, 370 (1869); Virginia v. Rives, 100 U.S. 313, 314 (1879).

[90] 35 Am. Jur. Mandamus, §259; Ex parte Bradley, 74 U.S. (7 Wall.) 364, 370 (1869); Virginia v. Rives, 100 U.S. 313, 314 (1879).

[91] 35 Am. Jur. Mandamus, §257; Ex parte United States, 83 U.S. 699; Ex parte Roberts, 82 U.S. 384; Ex parte Russell, 80 U.S. 664.

to prove any given fact in issue in a civil case and is sometimes as forcible and irresistible as direct and positive testimony.[92] Principal sources of rules of procedure are—Constitutional rules, Statutory rules or charter provisions, Adopted rules, Judicial decisions, Adopted parliamentary authority, Parliamentary law, and Customs and usage. These rules and sources takes precedence in the order listed above except that judicial decisions, since they are interpretations of rules from one of the other sources, take the same precedence as source interpreted. For example, an interpretation of a constitutional provision takes precedence over a statute.[93] Essential elements of a good cause of action are the existence of a legal right in the plaintiff,[94] which a corresponding legal duty in the defendant,[95] and a violation or breach of that right or duty with consequential injury or damage to the plaintiff, for which he may maintain an action for the recovery of money damages, or other appropriate relief.[96]

---

[92] 20 Am. Jur. Evidence, §272; Continental Nat'l Bank v. Cole, 51 Idaho 140; Davis v. West, 114 So. 2d 703;Commonwealth v. Di Stasio, 297 Mass. 347, 349, 8 N.E.2d 923, 925 (1937); Gilday v. Callahan, 866 F. Supp. 611; Thiede v. Utah Territory, 159 U.S. 510;
https://drive.google.com/file/d/1BRs4uhCgBf_Pn0eTMHRsnK1WkHKYvX9c/view?usp=drive_link ;
https://x.com/naseef_bryan2/status/1898059128330699158 ;
https://x.com/i/broadcasts/1vOxwXmeaQLKB (Judicial Notice shall be acknowledge to facts, that petitioners right to introduce evidence have been impaired by others within the United States as means to obstruct justice which have been open to the Governments view for example
https://x.com/naseef_bryan2/status/1896854000529707464  which is presently inaccessible,
https://drive.google.com/file/d/1Goev8F4pjaXZQ6LYbVm6bjF5ZKvwcPOM/view?usp=drive_link  the content which were inaccessible are exhibited within--
https://drive.google.com/file/d/1N8Kb36y_gFyGVAu4tf6S0vItyTze2xVL/view?usp=drive_link

[93] Mason's Manual of Legislative Procedure 1953 Edition §3 P. 32-33.

[94]  (R.C.L) Rowe v. Richards, 35 S.D. 201, 203, 151 N.W. 1001, 1002 (1915); (Unenumerated Rights) Union P. R. Co. v. Botsford, 141 U.S. 250.

[95] (R.C.L.) McKee v. Dodd, 152 Cal. 637, 638, 93 P. 854, 854 (1908).

[96] R.C.L) Rowe v. Richards, 35 S.D. 201, 203, 151 N.W. 1001, 1002 (1915).

## X. CONCULSION

It is of experience I affirm that the Justices of the State of New Hampshire, have conspired to outlawry petitioner and all constitutional rights afforded by law.[97] The matter was brought to the attention of federal and State officers, and governor.[98] Nor was such matter taken into consideration,[99] exhibiting injuries to my livelihood or wellbeing which is the governments sole duty to protect.[100] Conspiracy mentioned has been disguised as useful communication,[101] but evinced evil intention in fact,[102] for proof of such fact see the evidence provided with footnote

---

[97] https://x.com/naseef_bryan2/status/1839758506188013708 ;
https://x.com/naseef_bryan2/status/1682788199528034304 ;
https://x.com/naseef_bryan2/status/1669792069995339781 ;

[98] https://x.com/naseef_bryan2/status/1919508385470320795 ;
https://x.com/naseef_bryan2/status/1919041190919287154 ;
https://x.com/naseef_bryan2/status/1916163426050625934 ;
https://x.com/naseef_bryan2/status/1914079886257393708 ;
https://x.com/naseef_bryan2/status/1914078008903942146 ;
https://x.com/naseef_bryan2/status/1912861069938249753 ;
https://x.com/naseef_bryan2/status/1902169911645880465 ;
https://x.com/naseef_bryan2/status/1920111627271032857 ;
https://x.com/naseef_bryan2/status/1920110100284321874

[99] https://drive.google.com/file/d/1ImfIDKXi0D72S0sy3-h1Pt-XZZ0h1fRU/view?usp=drive_link ;
https://drive.google.com/file/d/1p5ZVb2UqIThq4a4-byBfD9Zq4x2T5kpf/view?usp=sharing ;
https://drive.google.com/file/d/1D8HYQGRsLTVX9Y3tXmyFxN6zkegCthU7/view?usp=sharing ;
https://drive.google.com/file/d/1qn98ssZVozdfuyRaLaemQyG7PFzGvvfG/view?usp=sharing governor
exhibiting disregard to my circumstance https://x.com/KellyAyotte/status/1920920161759940796 ;
https://x.com/KellyAyotte/status/1913253604342845656 ;
https://x.com/KellyAyotte/status/1903498870182596869 a matter that has been present in my
circumstance since year 2023 where the U.S. district for NH have been aware since said time period, and
to this date.

[100] The very essence of civil liberty certainly consists in the right of every individual to claim the protection
of the laws, whenever he receives an injury. One of the first duties of government is to afford that
protection. Marbury v. Madison, 5 U.S. (1 Cranch) 137, 153 (1803).

[101] RSA 491:3-a Assignment of Judges.

[102] https://drive.google.com/file/d/1Lz30wNfwuYtvR3ov0rt689XYInW7F9Ic/view?usp=sharing (which
justice was arbitrarily denied, that led to commencement of action within the Federal district court see
page 10); https://drive.google.com/file/d/1mKhykRZlArRvuef9YQwGpefOSXWzoNqf/view?usp=sharing (
Justice was arbitrarily denied, that led to commencement of action within the Federal district court see
page 12). This act subsist upon filing this petition. See common law authority to the contrary (Concurrent

84 and the cases mentioned within this cause, where petitioner has numerous cases within all courts of general jurisdiction,[103] and all justices have violated the constitutional right to be heard and due process of law,[104] that made all justices impartiality in question,[105] such acts has deprive petitioner of a legal remedy and forum within the State of New Hampshire.[106] Upon examination of the cases accessible to the court, and evidence provided, defendants within this cause should be served by officers of this court, from law,[107] which is a remedy for litigants. Matters mentioned have exhibited status above the law,[108] especially where it is the experience of petitioner that ones liberty may be in question when presumed such person has broke the law, but not a proven fact by due process. but the circumstance remains the same where an individual can prove that an Officer of the Public has broken constitutional law, or Statutory law such acts are deemed an offense against another person's legal right, such acts are committed in all of

---

Jurisdiction) Justices v. Murray, 76 U.S. 274; (Concurrent Jurisdiction) Tafflin v. Levitt, 493 U.S. 455; (Concurrent Jurisdiction) Cohens v. Virginia_ 19 U.S. 264.

[103] https://drive.google.com/file/d/11JKDfh028Pg56fLAMvJtPA1T-mNNp2xZ/view?usp=sharing ; https://drive.google.com/file/d/1Lz30wNfwuYtvR3ov0rt689XYInW7F9Ic/view?usp=sharing ; https://drive.google.com/file/d/1mKhykRZlArRvuef9YQwGpefOSXWzoNqf/view?usp=sharing .

[104] Have the plaintiffs lost their franchises by "due course and process of law?" On the contrary, are not these acts "particular acts of the legislature, which have no relation to the community in general, and which are rather sentences than laws?" By the law of the land is most clearly intended the general law; a law, which hears before it condemns; which proceeds upon inquiry, and renders judgment only after trial. The meaning is, that every citizen shall hold his life, liberty, property, and immunities, under the protection of the general rules which govern society. Trs. of Dartmouth College v. Woodward, 17 U.S. 518.

[105] 28 U.S. Code § 455 (a);  U.S. Const. Article VI (Supremacy Clause).

[106] Where there is a legal right, there is also a legal remedy by suit or action at law, whenever that right is invaded. Marbury v. Madison, 5 U.S. (1 Cranch) 137, 153 (1803); New Hampshire (1902) Art. 1, §4; U.S. Const. Amend. I (petition clause).

[107] New Hampshire (1902) Art. 1, §14; U.S. Const. Amend I (Petition Clause); Rowland v. California Men's Colony, 506 U.S. 194; (Mandatory Provisions) Crawford v. Gilchrist, 64 Fla. 41; (Constitutional mandates) Fairbank v. United States, 181 U.S. 283.

[108] (No man in this country this court has said  is so high that he is above the Law) Burton v. United States_ 202 U.S. 344;  See Footnote 96 & Pages 6-13.

petitioners' cases without any redress or penalties imposed on the Officer committing such act.

## XI. Relief Sought

Admission to State University by August 2025.[109]

Command magistrates to commence all duties attached to magistrate office with relations to the natural person.[110]

Judgment on the loss of enjoyment of Life as damages,[111] cause Public Officers.[112]

Vacate any unappealable judgments made or any judgments that is not in accordance with the basic element of due process.[113]

Expedite Consideration Under 28 USCS § 1826.[114]

Recusal of Justices in the United States Court of Appeals for The First Circuit that may have an interest or issue regards to a party (i.e. Naseef Bryan).[115]

---

[109] 42 U.S. Code § 1983; 42 U.S. Code § 2000a—(a)Equal access; 20 U.S. Code Chapter 39 Subchapter I - EQUAL EDUCATIONAL OPPORTUNITIES.; (Statute Are Mandatory) Norton v. Board of Comm'rs, 129 U.S. 479; (Mandatory RULE ON WORDS) Ballou v. Kemp_ 92 F.2d 556.

[110] 28 U.S. Code § 636; 11 Am. Jur. Constitutional law,§329—in the consideration of the "liberty" guaranteed by the Fourteenth Amendment, one very important exception to usual doctrines must be kept in mind.  It is equally well settled that the liberty guaranteed under this Amendment against deprivation without due process of law is a liberty of natural, and not artificial persons. Northwestern Nat'l Life Ins. Co. v. Riggs, 203 U.S. 243; California State Auto. Asso. Inter-Insurance Bureau v. Maloney, 341 U.S. 105.

[111] 49 Am. Jur. Proof of Facts 3d 339 Damages for Loss of Enjoyment of Life—"General damages" are those which may not be fixed with pecuniary exactitude; instead, they involve mental or physical pain or suffering, inconvenience, the loss of intellectual gratification or physical enjoyment, or other losses of life or lifestyle which cannot be definitely measured in monetary terms. Zimmerman v. Progressive Sec. Ins. Co., 174 So. 3d 1230 (La. Ct. App. 2d Cir. 2015).

[112] (Public Entity Liability) Amy v. Supervisors_ 78 U.S. 136; (The officers of the law know the requirements of the law and if they mistake them any one is harmed they must respond in damages) Rogers v. Marshal_ 68 U.S. 644.

[113] Rule 60. Relief from a Judgment or Order (b).

[114] (Statute Are Mandatory) Norton v. Board of Comm'rs, 129 U.S. 479; (Mandatory RULE ON WORDS) Ballou v. Kemp_ 92 F.2d 556.

[115] 28 U.S. Code § 455 - Disqualification of justice, judge, or magistrate judge; (Mandatory RULE ON WORDS) Ballou v. Kemp_ 92 F.2d 556; (i.e. any justice that had interest within a cause against Naseef Bryan jr).

M. Bryan

/s/ Naseef Bryan

Signature

(without Prejudice)

# Affidavit[1] Of Naseef Fernando Bryan

**I** Naseef Fernando Bryan, Affiant, being of lawful age, qualified and competent to testify to and having firsthand knowledge of the following facts to hereby swear that the following facts are true, correct and not misleading:

Plaintiff in civil action who has been permitted to proceed in forma pauperis may not be required to pay service fees to marshal for serving summons, as costs, there being no statutory authority for permitting recovery of such items by clerk and marshal.[2] In the law, indigence is ordinarily measured by whether a person has sufficient financial resources to retain legal counsel.[3] It has been appropriately said that in a free government the doors of litigation are already wide open and must constantly remain so.[4] The extent of the constitutional provision has been regarded as broader than the original confines of Magna Charta, and such constitutional provision has been held to prohibit the selling of justice not merely by magistrates but by the state itself.[5] Constitutional provision that right and justice shall be administered according to such guaranties is mandatory upon the departments of government. Hence, it requires that a cause shall not be heard before a prejudicial court.[6]

---

[1] Affidavit- An affidavit is a sworn statement a person makes before a notary or officer of the court outside of the court asserting that certain facts are true to the best of that person's knowledge.  See. Meyer v Grant (1988)

[2] Evans v. Tenn. Dep't of Corr., 514 F.2d 283, 284 (6th Cir. 1975); Rowland v. California Men's Colony, 506 U.S. 194.

[3] The Wolters Kluwer Bouvier Law Dictionary Desk Edition.

[4] Greenwood Cemetery Land Co. v. Routt, 17 Colo. 156, 159, 28 P. 1125, 1126 (1892).

[5] Malin v. La Moure Cty., 27 N.D. 140, 142, 145 N.W. 582, 585 (1914);

[6] Day v. Day, 12 Idaho 556, 559, 86 P. 531, 531 (1906); Brown v. State, 1931 OK CR 94, 50 Okla. Crim. 199, 199, 296 P. 989, 989.

For the reasons and authority cited the court and officers shall serve defendants[7] in the present caused by law.[8]


Petitioner: Naseef Bryan,

17 Rimmon St, Apt 4, Manchester NH.

My signature will be my seal.


FURTHER THE AFFIANT SAYETH NAUGHT.

/s/ Naseef Bryan

Signature


New Hampshire, Hillsborough County on this 14th day of the May month of 2025 before me, the subscriber, personally appeared Naseef Fernando Bryan to me known to be the living man describe in and who executed the foregoing instrument and sworn before me that he executed the same as his free will act and deed.

(Without Prejudice UCC 1-308).

---

[7] Andrea K Johnstone, Talesh L. Saint-Marc, Daniel J. Lynch, 55 Pleasant Street, Room 110, Concord, NH 03301.

[8] U.S. Const. Amend I (petition Clause); New Hampshire (1902) Art. 1, §14; Rowland v. California Men's Colony, 506 U.S. 194.

Naseef Bryan
17 Rimmon Street, APT4
Manchester, NH
03102.



**UNITED STATES POSTAL SERVICE®**  **PRIORITY MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Naseef Bryan
17 Rimmon Street
APt4, Manchester, NH,
03102.

TO: Clerk's Office
John Joseph Moakley
U.S. Courthouse, 1 Courthouse
Way, Suite 2500 Boston, MA
02210,
Atten: Anastasia Dubrovsky.

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL US



**UNITED STATES POSTAL SERVICE®**    Reta

**P**    **US POSTAGE PAID**
**$9.35**    Origin: 0310
05/14/25
3248110109

**PRIORITY MAIL®**

0 Lb 7.70
RDC 0

EXPECTED DELIVERY DAY:  05/16/25

C079



SHIP
TO:    STE 2500
1 COURTHOUSE WAY
BOSTON MA 02210-3004

**USPS TRACKING® #**



9505 5145 2447 5134 6907 39

